

# SCHEEF & STONE, L.L.P.

*Legal counsel based on solid principles.*

March 5, 2010

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 8 2010

GREGORY C. LANGHAM
_____
CLERK

*Via FedEx*

U.S. District Court Clerk
District of Colorado,
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street
Denver, Colorado 80294

**10-MC-0016**

Re:   *Securities & Exchange Commission v. Alan Todd May and Prosper Oil & Gas, Inc. aka Prosper Energy, Inc.;* Civil Action No. 3:10-cv-0425-L; pending in the United States District Court for the Northern District of Texas, Dallas Division

**Filing for Notice Purposes on Miscellaneous Docket**

Dear Sir or Madam:

Pursuant to 28 U.S.C. § 754, enclosed is a *Notice of Receivership* we request be filed as a miscellaneous matter in your court, as they are being filed for notice purposes only. Also enclosed is our check in the amount of $39.00, extra copies of the first pages of the enclosed pleading to be filed, and a self-addressed, stamped envelope.

Once you have filed the enclosed certified copies and assigned a docket number, please file-stamp the extra first pages of the pleadings, affix the docket number (and judge to whom the case has been assigned, if known), and return it to me in the enclosed self-addressed FedEx envelope.

Thank you for you assistants in this matter.

Sincerely,

*Charlene C. Koonce* (signature)

Charlene C. Koonce

---

500 N. Akard • Suite 2700 • Dallas, Texas 75201 • Tel: (214) 706-4200 • Fax: (214) 706-4242 • www.solidcounsel.com